# UNITED STATES DISTRICT COURT

for the
District of South Dakota
Western Division

In the Matter of the Search of:            )
                                           )        Case No. 5:26-mj- 24
USA v. 26-029-05                           )
                                           )
                                           )
                                           )

## REDACTED APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See **ATTACHMENT A**, which is attached to and incorporated in this Application and Affidavit

located in the District of _____ South Dakota _____, there is now concealed *(identify the person or describe the property to be seized):*

See **ATTACHMENT B**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| ████████████ | ████████████ |

The application is based on these facts:

☒ Continued on the attached affidavit, which is incorporated by reference.

☒ Your applicant requests authorization to serve the search warrant any time day or night pursuant to Fed. R. Crim. P. 41(e)(2)(A)(ii), the basis of which is set forth in the attached affidavit.

_____
*Applicant's signature*

Mark Muscha, Special Agent DEA
*Printed name and title*

Sworn to before me and: ☒ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: 02/11/2026, at 10:35am          _____
*Judge's signature*

City and state: Rapid City, SD          Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH
OF:

USA v. 26-029-05

Case No. 5:26-mj- 24

REDACTED ATTACHMENT A

## Property to Be Searched

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:

USA v. 26-029-05

Case No. 5:26-mj- 24

REDACTED ATTACHMENT B

## Description of Property to be Searched for and Seized

### I.    Information to be Disclosed by the Provider

**II.    Information to Be Seized by the Government**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 5:26-mj- 24 |
| USA v. 26-029-05 | REDACTED AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION |

STATE OF SOUTH DAKOTA      )
                                              : ss
COUNTY OF PENNINGTON      )

    I, Mark Muscha, being first duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief.

## INTRODUCTION AND AGENT BACKGROUND:

1. 

2.    I am a Special Agent with the United States Department of Justice,

Drug Enforcement Administration (DEA), and have been so employed since November 2023. I am currently assigned to the DEA Rapid City Post of Duty (RC POD) and empowered to conduct investigations of drug trafficking and money laundering violations under Titles 18 and 21 of the United States Code. ████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████

3.      Prior to becoming a DEA Special Agent, I was a Police Officer with the Bismarck Police Department, Bismarck, North Dakota. ████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

4. 

5.

6.

7.

8.

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

9.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other investigators and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

10.     Based on the facts set forth in this affidavit, I believe there is probable cause to believe that violations of ████████████████████ have been committed, are being committed, and will be committed by ████████████ ██████████████████████. There is also probable cause to believe that the ████████████ described in Attachment B will constitute evidence of these criminal violations and will lead to the identification of individuals who are engaged in the commission of these offenses.

**PROBABLE CAUSE:**

██  ██████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████







































**REQUEST TO SEAL:**

58.    I request an order sealing this case until further order of the Court, in that this search is being conducted as part of an ongoing federal criminal investigation and contains information from persons cooperating with law enforcement. Disclosure of information contained in the documents incorporated in this search and filed with the Court could seriously jeopardize this ongoing investigation.

**LIMIT ON SCOPE OF SEARCH:**

59.    I submit that if during the search, agents find evidence of crimes not set forth in this affidavit, another agent or I will seek a separate warrant.

**AUTHORIZATION REQUEST:**

60.    Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c).



**CONCLUSION:**





███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████

_____
Special Agent Mark Muscha
Drug Enforcement Administration

Sworn to before me and:

    ☒  signed in my presence;
    ☐  submitted, attested to, and acknowledged by reliable electronic means;

this __11th__ day of February, 2026.

_____
Daneta Wollmann
United States Magistrate Judge

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota
Western Division

| | |
|---|---|
| In the Matter of the Search of | ) |
| | )    Case No. 5:26-mj- 24 |
| USA v. 26-029-05 | ) |
| | ) |
| | ) |
| | ) |

## REDACTED SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of __South Dakota__ *(identify the person or describe the property to be searched and give its location)*:

See **ATTACHMENT A**, which is attached to and incorporated in this Application and Affidavit

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crimes in violation of ███████████████, as described in **ATTACHMENT B**, attached hereto and incorporated by reference.

I find that the affidavit, or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before February 25, 2026 _____ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Daneta Wollmann__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 02/11/2026, at __10:35am__     _____
*Judge's signature*

City and state: _____ Rapid City, SD _____     _____
Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*

CC: AUSA Tarbay - slt

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **REDACTED Return** | | |
|---|---|---|
| Case No.: 5:26-mj- 24 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date:<br><br><br>                                 *Executing officer's signature*<br><br><br>                                 *Printed name and title* |